1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH L. STACHEL
   Acting Regional Chief Counsel
3  Social Security Administration
   PAUL SACHELARI, CSBN 230082
4  Special Assistant United States Attorney
5       Social Security Administration
        160 Spear St., Suite 800
6       San Francisco, CA  94105
        Telephone:  (415) 977-8933
7       Facsimile:  (415) 744-0134
        Email:  paul.sachelari@ssa.gov
8  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                         SACRAMENTO DIVISION

MARIA G. PIMENTEL,              )  No. 2:15-cv-01818-EFB
                                )
       Plaintiff,                )  **STIPULATION AND ~~PROPOSED~~ ORDER
                                )  TO EXTEND TIME**
       v.                        )
                                )
CAROLYN W. COLVIN, Acting        )
Commissioner of Social Security, )
                                )
       Defendant.                )
                                )
_____)

       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to April 8, 2016, for Defendant to file her Opposition to Plaintiff's Motion for Summary Judgment, according to the Court's Scheduling Order ("Order").  Defendant respectfully requests this extension due to several recent unexpected workload reassignments in addition to a very active circuit and district court calendar, to enable additional time to further explore the issues and to determine whether settlement is possible.

       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Extend Stip; 2:15-cv-01818-EFB            -1-

| | |
|---|---|
| | Respectfully submitted, |
| Date: *March 7, 2016* | Sackett and Associates |
| | By: */s/ Harvey P. Sackett*\* <br> HARVEY P. SACKETT <br> *By email authorization |
| | Attorney for Plaintiff |
| Date: *March 7, 2016* | BENJAMIN B. WAGNER <br> United States Attorney <br> DEBORAH L. STACHEL <br> Acting Regional Chief Counsel <br> Social Security Administration |
| | By: */s/ Paul Sachelari* <br> PAUL SACHELARI <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED:  March 8, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE