BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MARIA G. PIMENTEL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01818-EFB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) and direct him or her to hold a new hearing and issue a new decision.  The ALJ will not disturb the favorable finding of disability from August 24, 2010 through August 24, 2011.  For the subsequent period, the Appeals Council will instruct the ALJ to re-evaluate Plaintiff's residual functional capacity and, if appropriate, determine when medical improvement has been established.

Remand Stip; 2:15-cv-01818-EFB           -1-

If the ALJ finds a closed period of disability, he or she will apply the eight-step medical improvement evaluation. Finally, the ALJ will take any other actions he or she deems necessary to make a decision.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

               Respectfully submitted,

Date: *April 8, 2016*        Sackett and Associates

           By: /s/ *Harvey P. Sackett*\*
              HARVEY P. SACKETT
              \*By email authorization

              Attorney for Plaintiff

Date: *April 8, 2016*        BENJAMIN B. WAGNER
              United States Attorney
              DEBORAH L. STACHEL
              Acting Regional Chief Counsel
              Social Security Administration

          By: */s/ Paul Sachelari*
              PAUL SACHELARI
              Special Assistant United States Attorney
              Attorneys for Defendant

              <u>ORDER</u>

  APPROVED AND SO ORDERED.

DATED: April 12, 2016.

              EDMUND F. BRENNAN
              UNITED STATES MAGISTRATE JUDGE