PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MARIA G. PIMENTEL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01818-EFB<br><br>**AMENDED STIPULATION AND ORDER FOR AWARD OF EAJA FEES** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of four thousand five hundred dollars ($4,500.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

1   After the Court issues an order for EAJA fees to Plaintiff, the government will consider the
2   matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff,</u>
3   130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the
4   fees are subject to any offset allowed under the United States Department of the Treasury's Offset
5   Program.  After the order for EAJA fees is entered, the government will determine whether they are
6   subject to any offset.
7   Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury
8   determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of
9   fees and costs to be made directly to plaintiff's counsel Harvey P. Sackett, pursuant to the assignment
10  executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel Harvey P.
11  Sackett.
12  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
13  fees and does not constitute an admission of liability on the part of Defendant under the EAJA.
14  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims
15  that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees connection with this
16  action.

17
18                                      Respectfully submitted,
19  Date: *July 13, 2016*                Sackett & Associates
20
21                                  By:  */s/ Harvey Peter Sackett*
22                                       HARVEY PETER SACKETT
                                         *By email authorization
23
                                         Attorney for Plaintiff
24
25  /////
26  /////
27  /////
28

EAJA Stip; 2:15-cv-01818-EFB                -2-

|   |   |   |
|---|---|---|
| | | PHILLIP A. TALBERT |
| | | Acting United States Attorney |
| | | DEBORAH L. STACHEL |
| | | Regional Chief Counsel |
| | | Social Security Administration |
| | By: | */s/ Paul Sachelari* |
| | | PAUL SACHELARI |
| | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  July 18, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE